[123]    VANDYKE v. TENBROKE'S EXECUTORS.

SAME v. SAME.

A party may discontinue a writ of error before filing the record, in case of mistake.

*Leake* moved to discontinue the writs of error in these cases, without filing the writs or proceedings.

PER CUR.   It appears the writs were sued out, upon a supposition that judgments had been entered in these cases in the Court of Common Pleas of Somerset county, which were actually not entered.   We think a mistake of this kind ought not to prejudice a party.

Rule to discontinue, absolute.